|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OKYEREMAH NYANNOR,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK SERVICES INC. et al.,<br><br>Defendants. | CASE NO. 2:24-cv-01543-JNW<br><br>ORDER EXTENDING DEADLINES |
|---|---|

The Parties filed a stipulated motion to extend the deadline to respond to Plaintiff's complaint and the pending motion to remand. *See* Dkt. No. 8. The Court reminds the parties to review its Chambers Procedures, available at https://www.wawd.uscourts.gov/judges/whitehead-procedures; parties need not file a stipulated motion to extend the deadline to answer or otherwise respond to a complaint. *See* Chambers Procedures – Civil, 5.3 Extending Deadline to Answer.

Finding good cause, the Court GRANTS the motion, Dkt. No. 8. Accordingly, the Court ORDERS:

- The deadline to answer or otherwise respond to Plaintiff's complaint is extended from October 18, 2024, to November 1, 2024.

ORDER EXTENDING DEADLINES - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

- The deadline to respond to Plaintiff's motion to remand, Dkt. No. 7, is extended to November 12, 2024, and the deadline to file a reply brief is extended to November 26, 2024.
- The noting date for Plaintiffs' motion to remand, Dkt. No. 7, is RESET from November 5, 2024, to November 27, 2024.

Dated this 21st day of October, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER EXTENDING DEADLINES - 2