THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OKYEREMAH NYANNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a foreign profit corporation; ARAMARK BUSINESS FACILITIES, LLC, a foreign limited liability company; ARAMARK CAMPUS, LLC, a foreign limited liability company; ARAMARK CORRECTIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK EDUCATIONAL GROUP, INC., a foreign profit corporation; ARAMARK EDUCATIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK ENTERTAINMENT, LLC, a foreign limited liability company; ARAMARK FHC, LLC; a foreign limited liability company; ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, a foreign limited liability company; ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, a foreign limited partnership; ARAMARK RAIL SERVICES, LLC, a foreign limited liability company; ARAMARK REFRESHMENT SERVICES, LLC, a foreign limited liability company; | Case No. 2:24-cv-01543-JNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND TO RESPOND TO THE MOTION TO REMAND** |

JOINT STIPULATION AND PROPOSED ORDER
TO EXTEND DEADLINES
(Case No. 2:24-cv-01543-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

| | |
|---|---|
| 1 | ARAMARK SPORTS AND |
| 2 | ENTERTAINMENT GROUP, LLC, a foreign limited liability company; ARAMARK |
| 3 | SPORTS AND ENTERTAINMENT SERVICES, LLC, a foreign limited liability |
| 4 | company; ARAMARK SPORTS, LLC, a foreign limited liability company; and DOES |
| 5 | 1-20, |
| 6 | Defendants. |

Plaintiff Okyeremah Nyannor, on the one hand, and Defendants Aramark Services, Inc.; Aramark Business Facilities, LLC; Aramark Campus, LLC; Aramark Correctional Services, LLC; Aramark Educational Group, Inc.; Aramark Educational Services, LLC; Aramark Entertainment, LLC; Aramark FHC, LLC; Aramark Healthcare Support Services, LLC; Aramark Management Services Limited Partnership; Aramark Rail Services, LLC; Aramark Refreshment Services, LLC; Aramark Sports and Entertainment Group, LLC; Aramark Sports and Entertainment Services, LLC; and Aramark Sports LLC, on the other hand (collectively, the "Parties"), STIPULATE AND AGREE as follows:

The Parties are currently in discussions regarding the possible narrowing of the case by dismissing one or more Defendants by agreement, to avoid the need for unnecessary motions practice. The Parties are likewise currently in discussions regarding a possible mediation. In order to permit the completion of these discussions, the Parties stipulate to request the Court's approval to extend the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to Respond to Complaint | November 1, 2024 | November 15, 2024 |
| Deadline to Respond to Plaintiff's Motion to Remand | November 12, 2024 | November 26, 2024 |

JOINT STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES
(Case No. 2:24-cv-01543-JNW) – PAGE 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| Deadline to File Reply in Support of Plaintiff's Motion to Remand | November 26, 2024 | December 17, 2024 |

This extension will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED.*

Dated this 30th day of October, 2024.

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Paul Cipriani* | By: *s/ Damon C. Elder* |
| Timothy W. Emery, WSBA No. 34078 | Damon C. Elder, WSBA No. 46754 |
| Patrick B. Reddy, WSBA No. 34092 | Claire M. Lesikar, WSBA No. 60406 |
| Paul Cipriani, WSBA No. 59991 | 1301 Second Avenue, Suite 3000 |
| 600 Stewart Street, Suite 1100 | Seattle, WA 98101 |
| Seattle, WA 98101 | Phone: (206) 274-6400 |
| Phone: (206) 442-9106 | Email: damon.elder@morganlewis.com |
| Email: emeryt@emeryreddy.com | claire.lesikar@morganlewis.com |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES
(Case No. 2:24-cv-01543-JNW) – PAGE 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: October 30, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
          claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
          reddyp@emeryreddy.com
          paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES
(Case No. 2:24-cv-01543-JNW) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401