THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OKYEREMAH NYANNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a foreign profit corporation; ARAMARK BUSINESS FACILITIES, LLC, a foreign limited liability company; ARAMARK CAMPUS, LLC, a foreign limited liability company; ARAMARK CORRECTIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK EDUCATIONAL GROUP, INC., a foreign profit corporation; ARAMARK EDUCATIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK ENTERTAINMENT, LLC, a foreign limited liability company; ARAMARK FHC, LLC; a foreign limited liability company; ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, a foreign limited liability company; ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, a foreign limited partnership; ARAMARK RAIL SERVICES, LLC, a foreign limited liability company; ARAMARK REFRESHMENT SERVICES, LLC, a foreign limited liability company; | Case No. 2:24-cv-01543-JNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 13, 2024** |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS - 1
(Case No. 2:24-cv-01543-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC, a foreign limited liability company; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a foreign limited liability company; ARAMARK SPORTS, LLC, a foreign limited liability company; and DOES 1-20,<br><br>       Defendants. |

## **STIPULATION**

The Parties, by and through their undersigned counsel, hereby STIPULATE to respectfully ask the Court to exercise its inherent power to control its docket and enter an Order staying this case pending the Washington Supreme Court's consideration of the question certified in *Branson v. Washington Fine Wines & Spirits, LLC*, No. 2:24-CV-00589-JHC, 2024 WL 4510680, at *1 (W.D. Wash. Aug. 20, 2024), for the following reasons:

  1.  A question relevant to this case has recently been certified to the Washington Supreme Court, the ruling for which may have a dispositive outcome for this action. *See Branson v. Washington Fine Wines & Spirits, LLC*, No. 2:24-CV-00589-JHC, 2024 WL 4510680, at *1 (W.D. Wash. Aug. 20, 2024). In *Branson*, U.S. District Court Judge John Chun certified to the Washington Supreme Court the question of what constitutes an "applicant" for purposes of the EPOA. Specifically, in August 2024, Judge Chun certified the following question to the Washington Supreme Court: "What must a plaintiff prove to be deemed a 'job applicant' within the meaning of RCW 49.58.110(4)? For example, must they prove that they are a 'bona fide' applicant?" The Washington State Supreme Court has accepted review of the certified question, and oral argument is scheduled for February 13, 2025.

  2.  The parties accordingly request a stay pending the Washington Supreme Court's consideration of the certified question. This joint request is made in good faith, with a commitment to diligently pursue efforts toward resolution following the lifting of the stay.

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER TO STAY PROCEEDINGS - 2
(Case No. 2:24-cv-01543-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

3.  The parties agree to provide a status report within 14 days after the Washington Supreme Court's decision regarding the certified question.

DATED this 13th day of November, 2024.

| | |
|---|---|
| **EMERY REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Paul Cipriani*<br>Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com<br>        reddyp@emeryreddy.com<br>        paul@emeryreddy.com<br><br>*Attorneys for Plaintiff* | By: *s/ Damon C. Elder*<br>Damon C. Elder, WSBA #46754<br>Claire M. Lesikar, WSBA #60406<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Fax: (206) 274-6401<br>Email: damon.elder@morganlewis.com<br>        claire.lesikar@morganlewis.com<br><br>*Attorneys for Defendants* |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS - 3
(Case No. 2:24-cv-01543-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

# [PROPOSED] ORDER

THIS MATTER came before the Court on the parties Stipulated Motion to Stay Proceedings. Having considered the Motion, as well as the other files and records in this case, IT IS HEREBY ORDERED that the Court GRANTS the Motion.

1. This case is stayed pending the Washington Supreme Court's consideration of the question certified in *Branson v. Washington Fine Wines & Spirits, LLC*, No. 2:24-CV-00589-JHC, 2024 WL 4510680, at *1 (W.D. Wash. Aug. 20, 2024).

2. The parties are ordered to provide a status report within 14 days after the Washington Supreme Court's decision regarding the certified question.

**THE COURT FURTHER ORDERS:** Given the stay in this matter and the Court's need to manage its docket, the Court STRIKES the pending motion to remand, Dkt. No. 7. Plaintiff may refile the motion when the stay is lifted.

DATED: November 20, 2024.

_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

*Presented by:*

JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY PROCEEDINGS - 4
(Case No. 2:24-cv-01543-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | |
|---|---|
| **EMERY REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Paul Cipriani* <br> Timothy W. Emery, WSBA #34078 <br> Patrick B. Reddy, WSBA #34092 <br> Paul Cipriani, WSBA #59991 <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Phone: (206) 442-9106 <br> Fax: (206) 441-9711 <br> Email: emeryt@emeryreddy.com <br>　　　　reddyp@emeryreddy.com <br>　　　　paul@emeryreddy.com <br><br> *Attorneys for Plaintiff* | By: *s/ Damon C. Elder* <br> Damon C. Elder, WSBA #46754 <br> Claire M. Lesikar, WSBA #60406 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Fax: (206) 274-6401 <br> Email: damon.elder@morganlewis.com <br>　　　　claire.lesikar@morganlewis.com <br><br> *Attorneys for Defendants* |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS - 5 
(Case No. 2:24-cv-01543-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401